IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN EDWARD BOSKIE, JR.**<br>        **Plaintiff,**<br>  **v.**<br>**DREXEL UNIVERSITY**<br>        **Defendants.** | **CIVIL ACTION NO. 21-592** |

## ORDER

**AND NOW,** this 2nd day of June 2021, pursuant to the provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**
                                                _____
                                                **CYNTHIA M. RUFE, J.**



1635 Market Street
Suite 1600
Philadelphia, PA 19103
215.330.2100
www.greggorskilaw.com

*Gregory Gorski, Esquire*
*greg@greggorskilaw.com*

June 2, 2021

<u>Via Email</u>
The Honorable Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania
US Court House, Room 12614
601 Market Street
Philadelphia, PA 19106

Re:   Boskie v. Drexel University d/b/a Drexel Medicine – Case No. 2:21-cv-00592-CMR

Dear Judge Rufe:

    I am writing to inform the Court that Plaintiff has resolved his claims with Defendant Drexel University d/b/a Drexel Medicine in the above matter.  Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure terminating this matter.

Respectfully Submitted,

GREGORY GORSKI

cc:   All Counsel of Record (via email)